October 28, 1976.

M. P. Nos. 76-99, 103. VITO DeLUCA *v.* JAMES W. MULLEN, *Warden.* DONALD SEPE *v.* JAMES W. MULLEN, *Warden.* Motion of respondent to dismiss the petitions as moot is granted. Bevilacqua, C.J. did not participate. *Bevilacqua & Cicilline,* for Vito DeLuca, *Edward John Mulligan,* for Donald Sepe, petitioners. *Julius C. Michaelson,* Attorney General, *Gregory L. Benik,* Special Asst. Attorney General, for respondent.

M. P. No. 76-195. FIREMAN'S FUND INSURANCE COMPANY *v.* LOLA-JANE McALPINE, *Administratrix.* Motion of plaintiff to consolidate this case with the case of *Fireman's Fund Insurance Co.* v. *Lola J. McAlpine,* 115 R.I. 930, 345 A.2d 881 (1975) is denied. The plaintiff's motion that the time for filing its brief be extended to November 11, 1976 is granted. *Higgins, Cavanagh & Cooney, John T. Walsh, Jr.,* for plaintiff. *Moore, Virgadamo, Boyle & Lynch, Ltd., Francis J. Boyle,* for defendant.